ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION/FIDELITY NEW YORK FSB, Respondent, v MARILYN LANE, Appellant, and FRANCES TURNER et al., Intervenors-Respondents.

Submitted April 5, 2010; decided May 11, 2010

Motion for leave to appeal denied. Cross motion for sanctions etc. denied.

---

SISLYN BENJAMIN, Appellant, v NEW YORK CITY DEPARTMENT OF HEALTH, Respondent.

Submitted April 5, 2010; decided May 11, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

---

CITY OF NEW YORK, Respondent, v GOLDEN FEATHER SMOKE SHOP, INC., et al., Defendants, and MONIQUE'S SMOKE SHOP et al., Appellants.

Decided May 11, 2010

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.